**James F. LUTES, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47954.**

Missouri Court of Appeals,
Western District.

Dec. 7, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 1994.

---

Larry C. Pace, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing.

The judgment is affirmed. Rule 84.16(b).